FILED
2017 Apr-06 PM 03:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>420-2016-01950 |
|---|---|---|

_____ and EEOC
State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Judith Moon | (256) 295-2367 | Redacted |

Street Address: Redacted
City, State and ZIP Code

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| Town of Munford, AL | 20+ | (256) 358-9050 |

Street Address: 115 Lions Road, Munford, AL
City, State and ZIP Code

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
|  |  |  |

Street Address
City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE    ☐ COLOR    ☐ SEX    ☐ RELIGION    ☐ NATIONAL ORIGIN
☐ RETALIATION    ☒ AGE    ☐ DISABILITY    ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11/5/2015    Latest: 11/5/2015

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

See attached Exhibit "A"

RECEIVED APR 19 2016 E.E.O.C. BIRMINGHAM DISTRICT

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: 4-15-16
Charging Party Signature: Judith Moon

NOTARY -- When necessary for State or Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

# EEOC Charge Narrative
## Judith Moon v. Town of Munford

My name is Judith Moon and I am age 75. I was employed by the Town of Munford, Alabama, as the Director of Munford Senior Citizens Center from the date of its opening in 2005 until Munford Mayor, David Dabbs, terminated me on November 5, 2015. Prior to November 5, 2015, I had never been disciplined for any work performance issues. The Town of Munford hired Tawana McWiliams to replace me as Director. Ms. McWilliams is in her 30s.

At the time Mayor Dabbs terminated me, he said the reason was the center needed a new, younger manager because the number of center clientele had declined, and that I did not timely turn in receipts for reimbursement. This is the first time I had heard these complaints. Since 2005, when the center needed snacks or prizes for bingo games, I would purchase the items and save my receipts until I had several to turn in for reimbursement. I used the same system consistently from 2005 to 2015. No one ever told me I turned in receipts incorrectly. For approximately three to four of those ten years, Mayor Dabbs was Mayor and he never directed me to handle the receipts any differently. At the time he terminated me, Mayor Dabbs told me for the first time that I should have turned in the receipts daily to the town clerk.

Mayor Dabbs was incorrect in alleging that the center clientele declined while I was Director. The number of center clientele had remained consistently around 33 for years while I was the Director. In fact, three days before my termination, the center gained 3 new clients. Since Ms. McWilliams replaced me, the number of clientele participating in senior center activities has declined.

Prior to my termination meeting on the afternoon of November 5, 2015, Mayor Dabbs told several people that he was going to terminate me and gave several conflicting reasons, including that "she wasn't doing her job" and has insinuated that I was terminated for wrongful conduct. In my ten years employment, however, no one ever discussed any concerns with me about my job performance prior to the termination meeting. My termination came as a complete shock to me.

When I went to the senior center to retrieve my personal belongings, Mayor Dabbs announced my termination to the senior citizens who were present. He also said we are going to get a brand new senior center and we are going to hire a new, younger director.

Additionally, while I was gathering my personal belongings, Mayor Dabbs accused me, in the presence of witnesses, of stealing an embroidery machine from the center. I explained to Mayor Dabbs that it was my personal machine that I brought to the center so clients could use it. Mayor Dabbs then accused me of taking money from the senior center to purchase the embroidery machine, which is also completely false. I never took money from the senior center. I had limited access to senior center funds and was not a signatory of the center's bank account.

Other than the money I received as reimbursement for my out-of-pocket expenses for the senior center, I collected donations and deposited those funds into the senior center bank account. I recorded these deposits and made a report to the Senior Center Advisory Committee at its monthly meeting. Minutes from these meetings document my reports. The only other senior center money I handled was when I sold tickets for a bi-monthly senior dance. The dance was held each 2nd and 4th Saturday of the month and featured a live band. I collected the money and at the end of the dance, and I counted it with the band leader. I collected the first $85 to cover rent for the facility and gave that rent money to the Town of Munford town clerk. The remainder of the money went to pay the band.

At some point, the band complained about not making enough money to justify two shows per month. As a concession, the Senior Center Advisory Committee agreed to forego collecting rent from the dance on the 4th Saturdays. I kept a tally of the money collected at each dance and noted whether rent money was withheld or the band was paid the full amount of money collected.

I believe that I have been discriminated against by being terminated due to my age. Mayor Dabbs has provided untrue and conflicting reasons for my termination. Prior to termination, I was never disciplined or warned. Further, the Mayor has made comments about my age, such as that I had a hard time remembering things.